171 A.3d 1263

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. MICHAEL RICHARD POWERS, DEFENDANT.

C–213 Sept.Term 2017
078794

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003764–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.